The People of the State of New York, Respondent,
against
Serigne Diop, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Robert M. Mandelbaum, J.), rendered November 29, 2011, after a nonjury trial, convicting him of unlicensed general vending, and imposing sentence.




Per Curiam.
Judgment of conviction (Robert M. Mandelbaum, J.), rendered November 29, 2011, affirmed. 
The verdict was supported by legally sufficient evidence. The elements of unlicensed general vending (see Administrative Code of City of NY § 20-453) were established by the credited police testimony that defendant, without the requisite license, was observed standing behind a sheet that was placed on the sidewalk near the curb line in front of 1293 Broadway; that he was holding one piece of merchandise and arranging the other merchandise on the six foot by five foot sheet, upon which he displayed and offered for sale 36 handbags and 25 wallets; that there were four or five people standing on the other side of the sheet, looking at the merchandise; and that defendant attempted to flee in response to the police approach (see People v Koulibaly, 40 Misc 3d 126[A], 2013 NY Slip Op 51023[U] [App Term, 1st Dept. 2013]; People v Diatara, 36 Misc 3d 158[A], 2012 NY Slip Op 51800[U] [App Term, 1st Dept. 2012], lv denied 20 NY3d 1010 [2013]; see also People v Abdurraheem, 94 AD3d 569 [2012], lv denied 19 NY3d 970 [2012]). Moreover, upon our independent review of the facts, we are satisfied that the verdict was not against the weight of the evidence (see People v Danielson, 9 NY3d 342, 348-349 [2007]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: June 13, 2016